

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

**IN RE ELIO ENAY RUDAMAS,**

ORDER

No 04-21-00578-CR

Original Proceeding[1]

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

On December 22, 2021, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than ten (10) days from the date of this order.** Any such response must conform to Texas Rule of Appellate Procedure 52.4. A motion for leave to file a petition for mandamus is unnecessary; therefore, the relator's motion for leave is DENIED as moot.

It is so **ORDERED** on this 23rd day of December, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1]This proceeding arises out of Cause No. 11304-CR, styled *State of Texas v. Elio Enay Rudamas*, pending in the County Court, Kinney County, Texas. The challenged letter ruling was signed by the Honorable Tully Shahan.